**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIELA CANALES-SUAZO, | Case No.  5:26-cv-0855-JGB-RAO |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| MARKWAYNE MULLIN[1], *et al.*, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Respondents' Answer, Dkt. No. 10; Petitioner's Reply, Dkt. No. 11; the June 18, 2026 Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 13; Respondents' Objections to the Report, Dkt. No. 14; and all of the records and files herein.  The Court has engaged in a *de novo* review of Respondents' objections and does not find them to have merit.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

///

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, the Secretary of the Department of Homeland Security, is hereby substituted as Respondent.

IT IS HEREBY ORDERED that:

(1) The Petition is GRANTED;

(2) Respondents are ORDERED to IMMEDIATELY RELEASE Petitioner Mariela Canales-Suazo (A# 243-122-200) from custody;

(3) Respondents are ORDERED not to re-detain Petitioner without notice and a future pre-deprivation hearing;

(4) Respondents are ORDERED to return any confiscated property and documents to Petitioner upon her release;

(5) Respondents are ORDERED to file a status report substantiating compliance with the Court's order within three days of the Court's order adopting this Report and Recommendation; and

(6) Petitioner's counsel is directed to submit any attorney fee application and corresponding billing records within thirty (30) days of the District Court's Order, and Respondents are instructed to file any opposition within fourteen (14) days of Petitioner's attorney fee application.

DATED:  July 14, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2