JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARIELA CANALES-SUAZO,
Petitioner,
v.
MARKWAYNE MULLIN,[1] *et al.*,
Respondents.

Case No. 5:26-cv-0855-JGB-RAO

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

DATED: July 14, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, the Secretary of the Department of Homeland Security, is hereby substituted as Respondent.